UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE:  BARRY W KUTZ<br>NANCY KUTZ | CASE NO: 18-15867 REF<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/23/2019, I did cause a copy of the following documents, described below,

1st Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/23/2019

/s/ John J. Martin
John J. Martin  61725

1022 Court Street
Honesdale, PA  18431
570 253 6899

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:  BARRY W KUTZ
NANCY KUTZ

CASE NO: 18-15867 REF

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/23/2019, a copy of the following documents, described below,

1st Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/23/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John J. Martin

1022 Court Street
Honesdale, PA  18431

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | SYNCHRONY BANK | WILSON AREA SCHOOL DISTRICT |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03134<br>CASE 18-15867-REF<br>EASTERN DISTRICT OF PENNSYLVANIA<br>READING<br>WED MAY 22 15-44-34 EDT 2019 | CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | CO PORTNOFF LAW ASSOCIATES LTD<br>PO BOX 3020<br>NORRISTOWN PA 19404-3020 |

| EXCLUDE | ACIMA CREDIT FKA SIMPL | AR RESOURCES INC |
|---|---|---|
| READING<br>400 WASHINGTON STREET<br>SUITE 300<br>READING PA 19601-3951 | 9815 S MONROE ST FL 4<br>SANDY UT 84070-4384 | 1777 SENTRY PKWY W<br>BLUE BELL PA 19422-2206 |

| CARRINGTON MORTGAGE SE | CARRINGTON MORTGAGE SERVICES LLC | CHASE AUTO |
|---|---|---|
| 1600 S DOUGLASS RD STE 2<br>ANAHEIM CA 92806-5951 | 1600 SOUTH DOUGLASS ROAD<br>ANAHEIM CA 92806-5951 | PO BOX 901003<br>FT WORTH TX 76101-2003 |

| FIN RECOVERY | HSBC BANK USA NA | MET ED |
|---|---|---|
| 200 E PARK DR STE 100<br>MOUNT LAUREL NJ 08054-1297 | AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN<br>KML LAW GROUP PC<br>710 MARKET STREET SUITE 5000<br>PHILADELPHIA PA 19106-2312 | 101 CRAWFORDS CORNER RD BLDG  1 S<br>HOLMDEL NJ 07733-1976 |

| PORTFOLIO RECOV ASSOC | PORTFOLIO RECOVERY ASSOCIATES LLC | SANTANDER CONSUMER USA INC |
|---|---|---|
| 120 CORPORATE BLVD STE 1<br>NORFOLK VA 23502-4952 | PO BOX 41067<br>NORFOLK VA 23541-1067 | PO BOX 961245<br>FORT WORTH TX 76161-0244 |

| TEK COLLECT INC | UNITED STATES TRUSTEE | WILSON AREA SCHOOL DISTRICT |
|---|---|---|
| 871 PARK ST<br>COLUMBUS OH 43215-1441 | OFFICE OF THE US TRUSTEE<br>833 CHESTNUT STREET<br>SUITE 500<br>PHILADELPHIA PA 19107-4405 | CO JAMES R WOOD ESQ<br>2700 HORIZON DRIVE STE 100<br>KING OF PRUSSIA PA 19406-2726 |

| DEBTOR | JOHN J MARTIN | NANCY KUTZ |
|---|---|---|
| BARRY W KUTZ<br>160 SPRING STREET<br>EASTON PA 18042-6181 | LAW OFFICES OF JOHN J MARTIN<br>1022 COURT STREET<br>HONESDALE PA 18431-1925 | 160 SPRING STREET<br>EASTON PA 18042-6181 |

SCOTT F WATERMAN CHAPTER 13
CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265