United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Barry W. Kutz
Nancy Kutz
    Debtors

Case No. 18-15867-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: BarbaraS     Page 1 of 2     Date Rcvd: Aug 12, 2019
                           Form ID: 152     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
```
db/jdb         +Barry W. Kutz,    Nancy Kutz,    160 Spring Street,    Easton, PA 18042-6181
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14192218       +Acima Credit Fka Simpl,    9815 S Monroe St Fl 4,    Sandy, UT 84070-4384
14192219       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14192220       +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
14231340       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14192221       +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
14192222       +Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
14195557       +HSBC Bank USA, NA,,    as Trustee for Carrington Mortgage Loan,    KML Law Group, P.C.,
                 710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14216375       +Met Ed,    101 Crawford's Corner Rd Bldg # 1 Suite,    Holmdel, NJ 07733-1976
14201958       +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14192224       +Tek-collect Inc,    871 Park St,    Columbus, OH 43215-1441
14220822       +Wilson Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14220959       +Wilson Area School District,    c/o James R. Wood, Esq.,    2700 Horizon Drive, Ste 100,
                 King of Prussia, PA 19406-2726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:42:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2019 03:42:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14230009        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2019 03:57:03
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14192223       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2019 04:00:02
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14192951       +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:59:55     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Wilson Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
```
              JAMES RANDOLPH WOOD    on behalf of Creditor    Wilson Area School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JOHN J. MARTIN    on behalf of Joint Debtor Nancy  Kutz jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net
              JOHN J. MARTIN    on behalf of Debtor Barry W. Kutz jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net
```

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Aug 12, 2019
                              Form ID: 152                Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, NA, as Trustee for Carrington Mortgage Loan Trust bkgroup@kmllawgroup.com
        ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Barry W. Kutz and Nancy Kutz
    Debtor(s)

Case No: 18−15867−amc
Chapter: 13

---

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/3/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

35
Form 152