UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  BARRY W KUTZ
NANCY KUTZ

CASE NO: 18-15867 REF

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 11/13/2019, I did cause a copy of the following documents, described below,

2nd Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/13/2019

/s/ John J. Martin, Esquire
John J. Martin, Esquire  61725
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA  18431
570 253 6899

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: BARRY W KUTZ
NANCY KUTZ

CASE NO: 18-15867 REF

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 11/13/2019, a copy of the following documents, described below,

2nd Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/13/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA  18431

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
03134
CASE 18-15867-AMC
EASTERN DISTRICT OF PENNSYLVANIA
READING
WED NOV 13 11-25-42 EST 2019

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

UNITED STATES TRUSTEE
OFFICE OF THE US TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA PA 19106-2908

WILSON AREA SCHOOL DISTRICT
CO PORTNOFF LAW ASSOCIATES LTD
PO BOX 3020
NORRISTOWN PA 19404-3020

~~EXCLUDE~~
~~READING~~
~~400 WASHINGTON STREET~~
~~SUITE 300~~
~~READING PA 19601-3951~~

ACIMA CREDIT FKA SIMPL
9815 S MONROE ST FL 4
SANDY UT 84070-4384

AR RESOURCES INC
1777 SENTRY PKWY W
BLUE BELL PA 19422-2206

CARRINGTON MORTGAGE SE
1600 S DOUGLASS RD STE 2
ANAHEIM CA 92806-5951

CARRINGTON MORTGAGE SERVICES LLC
1600 SOUTH DOUGLASS ROAD
ANAHEIM CA 92806-5951

CHASE AUTO
PO BOX 901003
FT WORTH TX 76101-2003

FIN RECOVERY
200 E PARK DR STE 100
MOUNT LAUREL NJ 08054-1297

HSBC BANK USA NA
AS TRUSTEE FOR CARRINGTON MORTGAGE
LOAN
KML LAW GROUP PC
710 MARKET STREET SUITE 5000
PHILADELPHIA PA 19106-2312

MET ED
101 CRAWFORDS CORNER RD BLDG  1 S
HOLMDEL NJ 07733-1976

PORTFOLIO RECOV ASSOC
120 CORPORATE BLVD STE 1
NORFOLK VA 23502-4952

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SANTANDER CONSUMER USA INC
PO BOX 961245
FORT WORTH TX 76161-0244

TEK COLLECT INC
871 PARK ST
COLUMBUS OH 43215-1441

WILSON AREA SCHOOL DISTRICT
CO JAMES R WOOD ESQ
2700 HORIZON DRIVE STE 100
KING OF PRUSSIA PA 19406-2726

DEBTOR
BARRY W KUTZ
160 SPRING STREET
EASTON PA 18042-6181

JOHN J MARTIN
LAW OFFICES OF JOHN J MARTIN
1022 COURT STREET
HONESDALE PA 18431-1925

NANCY KUTZ
160 SPRING STREET
EASTON PA 18042-6181

SCOTT F WATERMAN CHAPTER 13
CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265