# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nancy Kutz<br>　　　　Barry W. Kutz<br>　　　　　　　　　　Debtors | Chapter 13 |
| HSBC Bank USA, National Association, as Trustee for Carrington Mortgage Loan Trust, Series 2007-HE1 Asset-Backed Pass-Through Certificates<br>　　　　　　　v.<br>Nancy Kutz<br>Barry W. Kutz<br>　　　　　　　　　　Debtors<br>　　　　　　and<br>Scott Waterman<br>　　　　　　　　　　Trustee | NO. 18-15867 REF |

## **ORDER**

AND NOW, this         day of             , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 5, 2019   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow HSBC Bank USA, National Association, as Trustee for Carrington Mortgage Loan Trust, Series 2007-HE1 Asset-Backed Pass-Through Certificates and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 160 Spring Street Easton, PA 18042.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 16, 2019**

_United States Bankruptcy Judge._

cc: See attached service list