UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

BARRY W  KUTZ
NANCY   KUTZ

                : Bankruptcy No. 18-15867REF
    Debtor(s)           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 9, 2020**

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOHN J MARTIN ESQ
1022 COURT STREET
HONESDALE PA 18431-

BARRY W  KUTZ
NANCY   KUTZ
160 SPRING STREET
EASTON,PA.18042