```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                           Case No. 18-15867-amc
Barry W. Kutz                                                    Chapter 13
Nancy Kutz
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Keith                 Page 1 of 2              Date Rcvd: Mar 09, 2020
                              Form ID: pdf900             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db/jdb         +Barry W. Kutz,    Nancy Kutz,    160 Spring Street,    Easton, PA 18042-6181
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14192218       +Acima Credit Fka Simpl,    9815 S Monroe St Fl 4,    Sandy, UT 84070-4384
14192219       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14192220       +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
14231340       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14192221       +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
14192222       +Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
14195557       +HSBC Bank USA, NA,,    as Trustee for Carrington Mortgage Loan,    KML Law Group, P.C.,
                 710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14216375       +Met Ed,    101 Crawford's Corner Rd Bldg # 1 Suite,    Holmdel, NJ 07733-1976
14201958       +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14192224       +Tek-collect Inc,    871 Park St,    Columbus, OH 43215-1441
14220822       +Wilson Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14220959       +Wilson Area School District,    c/o James R. Wood, Esq.,    2700 Horizon Drive, Ste 100,
                 King of Prussia, PA 19406-2726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2020 03:03:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14230009        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 02:50:14
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14192223       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 02:51:40
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14192951       +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2020 02:51:26     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Wilson Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

```
Date: Mar 11, 2020                              Signature:  /s/Joseph Speetjens
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Wilson Area School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JOHN J. MARTIN    on behalf of Joint Debtor Nancy  Kutz jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net
              JOHN J. MARTIN    on behalf of Debtor Barry W. Kutz jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net
```

```
District/off: 0313-4          User: Keith              Page 2 of 2            Date Rcvd: Mar 09, 2020
                              Form ID: pdf900          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, NA, as Trustee for Carrington Mortgage Loan Trust bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                                            TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :

BARRY W   KUTZ
NANCY   KUTZ
                                                            : Bankruptcy No. 18-15867REF
        Debtor(s)                                           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 9, 2020**

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOHN J MARTIN ESQ
1022 COURT STREET
HONESDALE PA 18431-

BARRY W   KUTZ
NANCY   KUTZ
160 SPRING STREET
EASTON,PA.18042