| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-15867-PMM

BARRY W KUTZ
NANCY KUTZ
160 SPRING STREET
EASTON  PA  18042

Petition Filed Date: 09/06/2018
341 Hearing Date: 10/30/2018
Confirmation Date:

Case Status: Dismissed Before Confirmation on 3/ 9/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $500.00 | 25163363935 | 02/05/2019 | $500.00 | 25163363946 | 08/14/2019 | $1,500.00 | Monthly Plan P |

Total Receipts for the Period: $2,500.00    Amount Refunded to Debtor Since Filing: $3,198.00    Total Receipts Since Filing: $3,500.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN J MARTIN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | BARRY W KUTZ | Debtor Refunds | $3,198.00 | $3,198.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $3,198.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $302.00 | Total Plan Base: | $26,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.